

# Fourth Court of Appeals
## San Antonio, Texas

**SUBSTITUTE MEMORANDUM OPINION**

No. 04-24-00393-CV

**IN RE** Ernesto **CORDERO**, Relator

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Irene Rios, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: April 16, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On September 11, 2024, we issued a memorandum opinion denying relator Ernesto Cordero's petition for writ of mandamus. Relator has since moved for rehearing. We grant relator's motion for rehearing. After reconsidering his petition for mandamus, we withdraw our memorandum opinion of September 11, 2024, and issue this substitute memorandum opinion.

On June 7, 2024, relator filed his petition for writ of mandamus. In the petition, relator asks this court to determine whether the trial court properly exercised its jurisdiction and to order the presiding judge of the 45th Judicial District Court of Bexar County, Texas to vacate its orders, including the "Emergency Temporary Ex Parte Protective Order and Order Setting Hearing," in the underlying cause.

---

[1]This proceeding arises out of Cause No. 2023-CI-26915, styled *In the Matter of the Marriage of Lori Fine and Ernesto Cordero and In the Interest of V.F., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.

After considering the petition and the record, this court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM